# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**WILLIAM H. DURHAM**                                                           **PLAINTIFF**

v.                                                       **CIVIL ACTION NO. 2:20-CV-112-KS-MTP**

**ANKURA CONSULTING GROUP, LLC**                                                **DEFENDANT**

## ORDER

On February 3, 2023, Defendant filed a Supplemental Motion [318]. Plaintiff shall respond on or before **February 17, 2023**. Defendant may reply on or before **February 25, 2023**.

Any party requesting an extension of time must file a motion for such prior to the deadline's expiration and advise the Court whether the request is opposed. L.U. Civ. R. 7(b)(4), (10). The original and reply memoranda together shall not exceed a total of thirty-five (35) pages, and the response memorandum shall not exceed thirty-five (35) pages. L.U. Civ. R. 7(b)(5). If a party requires more pages to fully respond, it must seek leave to do so and advise whether such request is opposed.

SO ORDERED AND ADJUDGED this 6th day of Feburary 2023.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE